**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bonnie Lynn Wagstaff, | CV 05-864 PHX NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| E. Romney; Maricopa County Sheriffs Office, | |
| Defendants. | |

The court has received plaintiff's Motion to Reopen Case (doc. # 6), filed September 28, 2005, which the court treats as a timely motion under Rules 59(a) and 60(b)(1), Fed. R. Civ. P. The motion demonstrates that plaintiff's court mail was returned by error, as plaintiff was still in custody.

IT IS THEREFORE ORDERED that plaintiff's Motion to Reopen Case (doc. # 6) is granted, and the Order and Judgment entered September 19, 2005 (docs. # 4 and 5) are vacated and this case is reinstated.

IT IS FURTHER ORDERED that this case is referred to the Court's Legal Staff for review.

DATED this 7th day of October, 2005.

Neil V. Wake
United States District Judge